plea agreement, in which Alado agreed to plead guilty to one count of conspiracy to possess crystal methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

We dismiss in light of the valid appeal waiver. *See United States v. Jeronimo,* 398 F.3d 1149, 1153–54 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 198, 163 L.Ed.2d 188 (2005); *United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

Before: T.G. NELSON, GOULD, and CALLAHAN, Circuit Judges.

MEMORANDUM *

We affirm for the reasons stated by the district court.

**AFFIRMED.**

**Jerry DAUGHERTY, Plaintiff–Appellee,**

v.

**BLACK THUNDER POWERBOATS, INC., a Missouri corporation, Defendant–Appellant.**

**No. 05–15433.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2006.

Filed Dec. 12, 2006.

Scott E. Chapman, Esq., Michael R. Merritt, Esq., Harris Merritt Chapman, Ltd., Henderson, NV, for Plaintiff–Appellee.

Dennis L. Kennedy, Esq., Lionel Swayer & Collins, Hector J. Carbajal, Esq., Lionel Sawyer & Collins, Las Vegas, NV, for Defendant–Appellant.

**Michael T. ROSSIDES, Plaintiff–Appellant,**

v.

**Alberto R. GONZALES, Attorney General, Defendant–Appellee.**

**No. 05–16238.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).